**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 8 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK



## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Docket Number: 4:08CR00235-BSM-001

vs

Stuart Cole Mitchell

### ORDER FOR DISPOSAL/RETURN OF SEIZED PROPERTY

This matter comes before the Court requesting disposal of property seized from the defendant. These items include: **1-Alcatel Cell Phone S/N: 014392005075787, 1-Cell Phone S/N: 352001/09/223433/7, 1-Electronic Storage Device, 1-Cell Phone S/N: 329F74421319E, 1-Cell Phone S/N: 808VTYK07583878, and 1-Cell Phone S/N: 329F75340274, CD case with 47 various CD/DVDs.**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that in accordance with procedures outlined in **41 CFR** part 102-41 and the *Guide to Judiciary Policy*, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately destroyed by the U.S. Probation Office.

IT IS SO ORDERED

Date this 18th day of February, 2026

United States District Judge